# AFFIDAVIT OF SERVICE

Job # 52438

**Client Info:**
Lee Law, PLLC
1971 West Lumsden Road, Suite 303
Brandon, FL  33511

**Case Info:**

**PLAINTIFF:**
KRISTOPHER GEORGE
 -versus-
**DEFENDANT:**
LU BLUE, LLC d/b/a BAYSHORE BREEZE MARKET & GRILL

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA

County of TAMPA DIVISION State: _____
Court Case # **8:22-cv-01328-MSS-AEP**

**Service Info:**

**Received by Christopher Davignon: on June, 16th 2022** at **08:45 PM**
**Service:** I Served **LU BLUE, LLC d/b/a BAYSHORE BREEZE MARKET & GRILL c/o Kadir Cenberoglu**
With: **Summons; Civil Cover Sheet and Complaint and Demand for Jury Trial**
by leaving with **Kadir Cenberoglu, EMPLOYEE-AUTHORIZED TO ACCEPT**

**At Residence 4141 DAVENTRY LANE PALM HARBOR, FL 34685**
Latitude: **28.100784**,   Longitude: **-82.677456**

On **6/21/2022** at **07:47 AM**
**Manner of Service: CORPORATE LLC**
PURSUANT TO F.S. Ch. 48.062

**Served Description:  (Approx)**

Age: **55**, Sex: **Male**, Race: **Multiracial**, Height: **6' 2"**, Weight: **180**, Hair: **Bald** Glasses:  **Yes**

I certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.



Signature of Server
**Christopher Davignon**
Lic # **APS 59070**

**Accurate Serve**
PO Box 5141
Lakeland, FL 33807
Phone: (863) 873-6691

Our Job # **52438**

SUBSCRIBED AND SWORN to before me this 6th day of July , 2022, by **Christopher Davignon**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[___] physical presence [X] online presence.



NOTARY PUBLIC for the state of Florida

BEAU CHARLET
Notary Public - State of Florida
Commission # GG 274968
My Comm. Expires Mar 7, 2023

 

1 of 1