# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KRISTOPHER GEORGE,**

                                                     Case Number: 8:22-cv-01328

      **Plaintiff,**

**v.**

**LU BLUE, LLC**
**d/b/a BAYSHORE BREEZE MARKET & GRILL,**

      **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

      **PLEASE TAKE NOTICE** Plaintiff hereby dismisses this present action against Defendant with prejudice pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(i). This matter was resolved without compromise and judicial review is not necessary.

                                      DATED: July 26, 2022

                                                <u>/s/Kyle Lee, Esq.</u>
                                                  Kyle J. Lee, Esq.

## Certificate of Service

      I hereby certify that a true and correct copy of the above was filed in the Court's electronic filing system which is designed to provide copies of the same to all attorneys of record on this 26th day July, 2022.

                      <u>/S/ Kyle J. Lee</u>
                      Kyle J. Lee, Esq.
                      FLBN: 105321
                      LEE LAW, PLLC
                      1971 West Lumsden Road

Suite 303
Brandon, FL 33511
Telephone: (813) 343-2813
Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com